# UNITED STATES DISTRICT COURT
for the
District of Utah

In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )
)   Case No. 2:25-mj-00977 DBP
INFORMATION ASSOCIATED WITH THE  )
CELLULAR DEVICES ASSIGNED  )
TO XXX-XXX-0388 (TARGET CELL-1).  )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A.

located in the  SOUTHERN  District of  NEW YORK , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | ATTEMPTED ARSON IN INTERSTATE COMMERCE. |
| 26 U.S.C. § 5861(d) | POSSESSION OF A DESTRUCTIVE DEVICE. |

The application is based on these facts:
SEE AFFIDAVIT FOR PROBABLE CAUSE AND RELEVANT FACTS.

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

CHAD ALAN JONES, TFO-FBI SALT LAKE CITY
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ZOOM MEETING *(specify reliable electronic means)*.

Date: 10/24/2025

*Judge's signature*

City and state: SALT LAKE CITY, UTAH   DUSTIN B. PEAD, CHIEF MAGISTRATE JUDGE
*Printed name and title*